1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail:  christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,           )    No. 4-12-70216 MAG
                                       )
15          Plaintiff,                 )    [PROPOSED] ORDER DETAINING
                                       )    DEFENDANT JORGE RODRIGUEZ
16      v.                             )    PENDING TRIAL
                                       )
17 JORGE RODRIGUEZ,                    )    Date:   February 29, 2012
                                       )    Time:   9:30 a.m.
18          Defendant.                 )    Court:  Hon. Laurel Beeler
                                       )
19                                     )
                                       )
20  _____

21      Defendant Jorge Rodriguez is charged in a one-count complaint in the District of

22 Columbia with transporting or shipping visual depictions of minors engaging in sexually explicit

23 conduct, in violation of 18 U.S.C. §§ 2252(a)(1).  Following arrest in this district, at the initial

24 appearance, the United States moved for defendant's detention, pursuant to 18 U.S.C. §§ 3142(f).

25 On February 29, 2012, following a hearing, the Court ruled that defendant should be detained,

26 because no conditions could be set that would ensure appearance at future court hearings and

27 ensure the safety of the community.  Considering the nature of the offense and the presumption

28 [PROPOSED] DETENTION ORDER
   4-12-70216 MAG                           1

of detention, Pretrial Services' criminal history report, the government's proffered evidence of the defendant's recent telephone calls and text messages, evidence of ongoing methamphetamine use, defendant's health issues, the nature of defendant's living situation, the Court found that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his presence in court or the safety of the community. See 18 U.S.C. §§ 3142(e) and (f).

Given defendant's expressions of action toward child victims, as proffered in the contents of recent text and phone conversations (although defendant has recently stated that those expressions were not sincere), combined with information set forth in the criminal complaint, the Court found that the government met its higher burden in arguing that defendant poses a risk to the community, and found that defendant did not overcome the presumption of detention.

## ORDER

Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of defendant and safety of the community as required.

Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. See 18 U.S.C. § 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with counsel. See 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance. See 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: March 2, 2012

HON. LAUREL BEELER
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
4-12-70216 MAG                 2