1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant RODRIGUEZ

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )   No. 4-12-70216-MAG
                                       )
11              Plaintiff,             )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING STATUS
12       v.                            )   HEARING, WAIVING THE TIMING FOR
                                       )   A PRELIMINARY HEARING AND
13  JORGE RODRIGUEZ,                   )   EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
14              Defendant.             )
                                       )
15                                     )   Hearing Date: March 9, 2012
    _____)   Time:         9:30 a.m.
16

17       The above-captioned matter is set on March 9, 2012 before this Court for a status hearing

18  re identity and removal.  The parties jointly request that the Court continue the matter to March

19  28, 2012, at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20  3161(h)(7)(A) and (B)(iv), between March 9, 2012 and March 28, 2012.

21       Jorge Rodriguez was charged out of the District of Columbia with the transport of visual

22  depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(1).

23  On February 24, 2012, Mr. Rodriguez made an initial appearance in this district.  On February

24  29, 2012, the Court held a detention hearing and detained Mr. Rodriguez.

25       The current status of this case is that counsel for Mr. Rodriguez has received discovery

26  from the United States Attorney's Office in the District of Colombia and needs additional time to

review these materials and to discuss the identity and removal hearing with the United States

Attorney's office in the District of Colombia.

For these reasons, Mr. Rodriguez agrees to waive the timing of a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.  The parties agree that this waiver covers all time between the date of this stipulation and March 28, 2012.

The parties agree also that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Accordingly, the parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties further agree that the period of time from March 9, 2012 to March 28, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.


DATED: March 8, 2012                    _____/S/_____
                                        CHRISTINA McCALL
                                        Assistant United States Attorney


DATED: March 8, 2012                    _____/S/_____
                                        ANGELA M. HANSEN
                                        Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given that the defense needs time to discuss removal and identity with the United States Attorney in the District of Colombia;

2.      Given defense counsel's need to review the discovery in this case;

3.      Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4.      Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

5.      Given that defendant agrees to waive the timing of a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure;

Based on these findings, it is ordered that the status hearing date of March 9, 2012, scheduled at 9:30 a.m., is vacated and reset for March 28, 2012, at 9:30 a.m., before the sitting United States Magistrate Judge.  It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from March 9, 2012 to March 28, 2012.

March __8__, 2012

_____
LAUREL BEELER
United States Magistrate Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-4-12-70216-MAG          3